2025 FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* FEBRUARY 24, 2025 *
BROOKLYN OFFICE
25-mc-00760
Judge Joan M. Azrack

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

*In re Application of Issac Levi Pilant,*

REQUEST FOR DISCOVERY
PURSUANT TO
28 U.S.C. §1782

Case No. 25-mc-

-------------------------------------------------------x

### [PROPOSED] ORDER GRANTING APPLICATION FOR JUDICIAL ASSISTANCE UNDER 28 U.S.C. §1782

This matter comes before the Court in the Application for *Ex Parte* Order of Issac Levi Pilant to issue subpoenas for discovery for use in a foreign proceeding ("the Application") pursuant to 28 U.S.C. §1782, which seeks documents from Democracy for the Arab World Now, Inc. and Sarah Whitson, as well as depositions. This Court, having fully considered the Application and supporting exhibits submitted on file, and good cause appearing:

**HEREBY GRANTS** the Application of Issac Levi Pilan.

IT IS HEREBY ORDERED THAT THE APPLICANT IS GRANTED LEAVE TO issue subpoenas for documents, including requests substantially similar to those in the forms attached as Exhibit 1 to the Motion [ECF 1], with updated subpoenas as necessary,

directing the Democracy for the Arab World Now, Inc. and Sarah Whitson to produce the documents requested and to coordinate with counsel for Applicant dates to conduct the depositions described in the subpoenas.

**IT IS SO ORDERED**

Dated: _____      _____
                                                              UNITED STATES DISTRICT JUDGE