IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
*In re Application of Issac Levi Pilant*,

REQUEST FOR DISCOVERY PURSUANT TO
28 U.S.C. §1782

                                  Case No. 25-mc-7600

------------------------------------------------------x

## <u>NOTICE OF APPEARENCE</u>

      PLEASE TAKE NOTICE that Noam Schreiber hereby appears on behalf of the Applicant, Issac Levi Pilant, in the above-captioned action, certifies that he is admitted to practice in this Court for this action (*pro hac vice*) [*see* ECF February 25, 2025 order], and further requests that copies of all papers in this action be served on the undersigned via ECF/CM.

Dated: February 25, 2025

Respectfully submitted,

*/s/ Noam Schreiber*
Noam Schreiber, Esq.
(*pro hac vice to be filed*)
ZELL, ARON & CO.
34 Ben Yehuda St.
14th Floor
Jerusalem, Israel 9423001
011-972-2-633-6300
*Email: noam.schreiber@fandz.com*

1