UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Isaac Levi Pilant, Request for Discovery Pursuant to 28 U.S.C. § 1782 | Case No: 23-mc-760-JMA-LKE<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Timothy W. Grinsell of Hoppin Grinsell LLP, an attorney admitted to practice in this Court, hereby appears in the above-entitled action for Democracy for the Arab World Now, Inc. ("DAWN") and Sarah Leah Whitson, and requests that he be served with copies of all future pleadings, discovery, and submissions to the Court.

Dated:   March 20, 2025
         New York, NY

HOPPIN GRINSELL LLP

By: */s/ Timothy W. Grinsell*
    Timothy W. Grinsell

11 Hanover Sq., Ste. 703
New York, NY 10005
(646) 475-3550
tim@hoppingrinsell.com

*Attorneys for DAWN and Sarah Leah Whitson*