**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* APPLICATION OF ISAAC LEVI PILANT, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 1:25-mc-00760-JMA-LKE |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Margaret B. Hoppin of Hoppin Grinsell LLP, an attorney admitted to practice in this Court, hereby appears in the above-captioned action for Respondents Democracy for the Arab World Now, Inc. ("DAWN") and Sarah Leah Whitson, and requests that she be served with copies of all future pleadings, discovery, and submissions in this action.

DATED:   March 21, 2025
         New York, NY

HOPPIN GRINSELL LLP

By: */s/ Margaret B. Hoppin*
    Margaret B. Hoppin

11 Hanover Square
New York, NY 10005
(646) 475-3550
margot@hoppingrinsell.com

*Attorneys for Respondents*