UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: APPLICATION OF ISAAC LEVI PILANT, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 1:25-mc-00760-JMA-LKE |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Nathan Freed Wessler, a member of the bar of this Court, enters an appearance in the above-captioned action as counsel for proposed *amici curiae* American Civil Liberties Union, New York Civil Liberties Union and Human Rights First.

Dated: April 25, 2025

Respectfully submitted,

By: /s/ *Nathan Freed Wessler*
Nathan Freed Wessler
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: 212.549.2500
nwessler@aclu.org

*Counsel for Amici Curiae American Civil Liberties Union, New York Civil Liberties Union and Human Rights First*