AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| In re Application of Isaac Levi Pilant | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-mc-760-JMA-LKE |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondents Democracy for the Arab World Now, Inc. and Sarah Leah Whitson.

Date: 05/02/2025

/s/ Jake Karr
*Attorney's signature*

Jake Karr
*Printed name and bar number*

Technology Law & Policy Clinic
245 Sullivan Street
New York, NY 10012

*Address*

jake.karr@nyu.edu
*E-mail address*

(212) 998-6042
*Telephone number*

*FAX number*