UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: APPLICATION OF ISAAC LEVI PILANT, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 1:25-mc-00760-JMA-LKE |

### NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Susan Greene, a member of the bar of this Court, enters an appearance in the above-captioned action as counsel for proposed amici curiae Victoria Coates; Robert Greenway; StandWithUs Saidoff Legal; and Zionist Organization of America.

Dated: May 21, 2025

Respectfully Submitted,

/s/ *Susan Greene*

Susan Greene
sgreene@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N Street NW, Ste. 643
Washington, DC 20037

*Counsel for Amici Curiae Victoria Coates; Robert Greenway; StandWithUs Saidoff Legal; Zionist Organization of America.*