# ZELL ARON & CO.
## צל ארן ושות׳ משרד עורכי דין
### AN AFFILIATE OF FANDZ INTERNATIONAL LAW GROUP
International Attorneys & Notaries

Honorable Lara K. Eshkenazi
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** Application for Discovery Pursuant to 28 U.S.C. § 1782, Case No. 25-mc-00760

Dear Magistrate Judge Eshkenazi:

We respectfully write on behalf of Applicant Isaac Levi Pilant in the above-referenced matter to inquire about the status of the Application for Discovery Pursuant to 28 U.S.C. § 1782, filed on February 24, 2025. The application, along with all supporting documents, was fully briefed as of May 28, 2025.

The Applicant seeks an order authorizing discovery from Democracy for the Arab World Now, Inc. ("DAWN") and Sarah L. Whitson for use in a foreign proceeding in Israel. Given the time-sensitive nature of the foreign proceeding, we respectfully request an update on the Court's decision or an indication of when a ruling may be expected.

We greatly appreciate the Court's attention to this matter and its consideration of this request. Should the Court require any additional information or clarification to facilitate a decision, we are prepared to provide such materials promptly. Thank you for your time and consideration.

Dated: July 21, 2025

Respectfully submitted,

 */s/ Noam Schreiber*
 _____
 Noam Schreiber, Esq.
 ZELL, ARON & CO.
 34 Ben Yehuda St.
 Jerusalem, Israel 9423001
 *Email:* noam.schreiber@fandz.com
 *Counsel for Applicant*