UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* APPLICATION OF ISAAC LEVI PILANT, FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No. 1:25-mc-00760-JMA-LKE |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

I have cases pending.

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

                                            Jake Karr

My State Bar Number is 5738190.

I am an attorney.

FIRM INFORMATION:

OLD FIRM:   FIRM NAME:       Technology Law and Policy Clinic
                    FIRM ADDRESS:    245 Sullivan Street, New York NY 10012
                    FIRM TELEPHONE NUMBER:    (212) 998-6042

NEW FIRM:   FIRM NAME:       Knight First Amendment Institute at Columbia University
                    FIRM ADDRESS:    475 Riverside Drive, Suite 302, New York, NY 10115
                    FIRM TELEPHONE NUMBER:    (646) 745-8500

I will continue to be counsel of record on the above-entitled case at my new firm.

Dated: September 18, 2025                               */s/ Jake Karr*
                                                                     Jake Karr